Byron L. Ames, Esq. (#7581)
David S. Davis, Esq. (# 11549)
**AMES & AMES, LLP**
8275 S. Eastern Ave, Ste. 200-723
Las Vegas, Nevada 89123
Telephone: (702) 800-5413
Facsimile: (702) 800-5427
bames@amesfirm.com
ddavis@amesfirm.com
*Attorneys for Diversified Transfer & Storage*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANSHU PATHAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SYED ABBASI; HALAL FOOD; HALAL FOOD DISTRIBUTOR INC; XL STORAGE RANCHO CUCAMONGA, INC; STOR'EM SELF STORAGE; TIMOTHY LORITO; DOMINIK D'ESPOSITO;THE EMPORIUM; HEARTS & HANDS ANIMAL RESCUE, INC; NANCY NUNKE; VALERIE HUNTINGTON; SYED M. WAJID; BURGER SHACK; DIVERSIFIED TRANSPORT & STORAGE; STILL WATER PACKAGING CO.; ONTRAC; and DOES 1 THROUGH 10 INCLUSIVE, Defendant. | Case No. 2:17-CV-00130-GMN-GWF<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff **ANSHU PATHAK**, Defendant **DIVERSIFIED TRANSFER & STORAGE**, erroneously sued as "Diversified Transport & Storage", by and through and its counsel Byron L. Ames, Esq. of AMES & AMES, LLP, and Defendant **RISK MANAGEMENT EXPRESS MESSENGER SYSTEMS,**

**INC. d/b/a ONTRAC**, by and through its counsel David Kahn, Esq. of Wilson, Esler Moskowitz, Edelman & Dicker, LLP, as follows:

IT IS HEREBY STIPULATED, ADJUDGED AND DECREED that the parties have agreed to dismiss all claims made by Plaintiff Anshu Pathak *for an undisclosed amount.*

IT IS FURTHER STIPULATED, ADJUDGED AND DECREED that the parties acknowledge and agree that the claims made by Plaintiff Anshu Pathak in this case are hereby dismissed with prejudice.

DATED this 12th day of January, 2018

PLAINTIFF: _____
Anshu Pathak

AMES & AMES, LLP

_____
Byron L. Ames, Esq. (#7581)
David S. Davis, Esq. (# 11549)
**AMES & AMES, LLP**
8275 S. Eastern Ave, Ste. 200-723
Las Vegas, Nevada 89123
*Attorneys for Diversified Transfer & Storage*

**IT IS SO ORDERED.**

**DATED** this 16 day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

WILSON, ESLER MOSKOWITZ, EDELMAN & DICKER, LLP

_____
David S. Kahn Esq. (#7038)
**Wilson Elser, Moskowitz, Edelman & Dicker LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Risk Management Express Messenger Systems, Inc. d/b/a Ontrac*