UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ANSHU B. PATHAK, | Case No. 2:17-cv-00130-GMN-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| YAHOO!, INC., *et al.*, | |
| Defendants. | |

On March 14, 2018, the Court found that Plaintiff's amended complaint (ECF No. 6) was improperly filed. The Court, however, reactivated Plaintiff's original complaint (ECF No. 1). *See* ECF No. 68. It appears that multiple defendants have appeared and have subsequently been dismissed either by order of the Court or via stipulation. It appears that Defendants Syed Abbasi, Halal Food, Halal Food Distributor, Inc., XL Storage Rancho Cucamonga, Inc., Store 'em Self Storage, Timothy Lorito, Dominik D'Esposito, Emporium, Hearts & Hands Animal Rescue, Inc., Nancy David, Nunke, and Diversified Transport & Storage have been dismissed.

The Court instructs Plaintiff and any remaining Defendants to submit a status report no later than **August 30, 2018** regarding the status of the case and/or the status of service of process on Defendants. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff and any remaining appearing Defendants shall submit a status report no later than **August 30, 2018** regarding the status of the case and/or the status of service of process on Defendants.

Dated this 16th day of August, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1