UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ANSHU B. PATHAK, | Case No. 2:17-cv-00130-GMN-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| YAHOO!, INC., *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's failure to comply with the Court's Order (ECF No. 69), filed on August 16, 2018.

The Court issued an order instructing the Plaintiff and any remaining Defendants to submit a status report no later than August 30, 2018 regarding the status of the case and/or the status of service of process on Defendants. To date, Plaintiff has failed to file a status report. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff and any remaining Defendants shall file a status report no later than **September 24, 2018** regarding the status of the case and/or the status of service of process on Defendants. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 14th day of September, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1